FILED
IN COURT
CHARLOTTE, N. C.

JUL 29 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

Case Number: 3:04CR277-V

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| Lavern Junior Jacobs | ) | |
| | ) | |
| Defendant | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 29th day of July, 2005.

_____
United States Judge Presiding